### ROCKLAND & ROCKPORT LIME CO. *vs.* COE MORTIMER CO.

Knox County. Decided March 15, 1918. Action to recover damages for injuries received by plaintiff's barge, incurred by reason of defendant's failure to provide reasonably safe docking place. The verdict is for defendant and plaintiff moves for new trial on the customary grounds.

A careful and painstaking examination of the evidence, which it would be profitless to discuss at length, leads the court to decide that the jury manifestly erred in the application of the evidence to the rules of law governing the case. Motion sustained; New trial granted *A. S. Littlefield,* for plaintiff. *Alan L. Bird, and Wardner & Cavanagh,* for defendant.

---

### LOUIS ROBASH *vs.* MAINE CENTRAL RAILROAD COMPANY.

Franklin County. Decided March 30, 1918. This was an action on the case for personal injuries sustained by the plaintiff while in the employ of the defendant as a section hand. At the conclusion of the plaintiff's testimony, upon motion, the presiding Justice ordered a non-suit, upon exceptions to which the case comes to this court.

We think the ruling was right. This action was brought under the Federal Employers' Liability Act, and, as agreed, the only question involved is the negligence of the defendant. The negligence charged is that the defendant failed to properly instruct the plaintiff as to the manner of operating the new electric hand car and to inform him with respect to the danger incident to its operation.

A careful reading of the testimony, we think, clearly fails to show proof of any negligence on the part of the defendant which tended to produce or even contribute to the accident which caused the plaintiff's injury. We think about all that can be said with respect to what the testimony proves, is that it shows the hand car jumped the track and injured the plaintiff. We are unable to discover any causal relation between the want of instructions and the accident which injured the plaintiff. Exceptions overruled. *Thomas D. Austin,* for plaintiff. *White & Carter, and Frank W. Butler,* for defendant.